James M. Curley, Appellant, v. Harper & Brothers, Respondent.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements.

on the ground that under the unusual circumstances herein it cannot be said that the Special Term improperly exercised its discretion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.; O'Malley and Dore, JJ., dissent and vote for reversal on the authority of *Singer* v. *New York Times Co.* (74 App. Div. 380); *Kuster* v. *New York Times Co.* (79 id. 39).